JS-6

1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

13
14  P&P IMPORTS LLC, a California limited liability company;

15              Plaintiff,

16       v.

17  JOHNSON ENTERPRISES, LLC, a Virginia limited liability company DBA TAILGATING PROS; and DOES 1-10, inclusive,

18
19              Defendants.
20

**Case No. 8:19-cv-00523 DOC (JDEx)**

Hon. David O. Carter

**JUDGMENT**

Complaint Filed:   March 15, 2019
Trial:             January 30, 2024
Courtroom:         10A

21
22
23
24
25
26
27
28

JUDGMENT

JS-6

This action was tried to a jury beginning on January 30, 2024 in Courtroom 10A of the above-entitled Court, before the Honorable District Court Judge David O. Carter. On February 1, 2024, the jury returned a verdict in favor of Plaintiff P&P Imports LLC ("P&P) and against Defendant Johnson Enterprises, LLC ("Johnson Enterprises") on all questions. (Dkt. 212.)

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS HEREBY ENTERED IN THIS MATTER IN FAVOR OF P&P AND AGAINST JOHNSON ENTERPRISES AS FOLLOWS:**

1. P&P's four in a row game has developed secondary meaning.

2. Johnson Enterprises has intentionally infringed the trade dress of P&P's four in a row game, knowing it was infringement.

3. P&P shall recover $51,526.06 from Johnson Enterprises on the jury verdict.

4. As provided in 28 U.S.C. § 1961, P&P shall also recover post-judgment interest, running from the date of this Judgment until the Judgment is paid, on all amounts listed in paragraph 3 above, at a rate equal to the weekly average one-year constant maturity Treasury yield as of the week preceding the date of this Judgment, compounded annually.

Dated: February 12, 2024

*David O. Carter*
THE HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE